**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1390-LPS-CJB |
| POWDER SPRINGS LOGISTICS, LLC, AND MAGELLAN MIDSTREAM PARTNERS, L.P., | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT CLAIM CONSTRUCTION CHART**

The parties hereby submit the attached Joint Claim Construction Chart, which sets forth: (i) the disputed claim terms; (ii) the parties' respective proposed constructions for the disputed claim terms; (iii) the intrinsic evidence on which each party will rely to support its respective proposed constructions; and (iv) the agreed-upon proposed constructions. In addition to the materials disclosed in the Joint Claim Construction Chart, each party reserves the right to rely on other portions of the specifications and prosecution histories of the patents-in-suit during claim construction briefing and argument. A copy of the Joint Claim Construction Chart is attached as Exhibit A. Copies of United States Patent Nos. 9,494,948 ("the '948 Patent"), 9,606,548 ("the '548 Patent"), 9,207,686 ("the '686 Patent"), 6,679,302 ("the '302 Patent"), 7,032,629 ("the '629 Patent") and those portions of their prosecution histories cited by the parties are attached as Exhibits B–K and organized as follows:

| | | |
|---|---|---|
| | Exhibit B | U.S. Patent No. 6,679,302 |
| | Exhibit C | U.S. Patent No. 7,032,629 |
| | Exhibit D | U.S. Patent No. 9,207,686 |

| | |
|---|---|
| Exhibit E | U.S. Patent No. 9,494,948 |
| Exhibit F | U.S. Patent No. 9,606,548 |
| Exhibit G | Excerpts from '302 Patent File History |
| Exhibit H | Excerpts from '629 Patent File History |
| Exhibit I | Excerpts from '686 Patent File History |
| Exhibit J | Excerpts from '948 Patent File History |
| Exhibit K | Excerpts from '548 Patent File History |

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, Delaware 19806-4204
Tel. (302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Plaintiff*

FISH & RICHARDSON

/s/ Nitika Gupta Fiorella
Douglas E. McCann (#3852)
Martina Tyreus Hufnal (#4771)
Nitika Gupta Fiorella (#5898)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 658-5070
dmccann@fr.com
hufnal@fr.com
fiorella@fr.com

*Attorneys for Defendant Magellan Midstream Partners, L.P.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith, II
Rodger D. Smith, II (#3778)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Powder Springs Logistics, LLC*

Dated:   October 31, 2018

2