# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

)
SUNOCO PARTNERS )
MARKETING & TERMINALS )
L.P., )  CIVIL ACTION NO.
 )  17-1390-LPS-CJB
    Plaintiff, )
 )
v. )
 )
POWDER SPRINGS )
LOGISTICS, LLC and )
MAGELLAN MIDSTREAM )
PARTNERS, L.P., )
 )
    Defendants. )
---)

VIDEOTAPED ORAL DEPOSITION OF
CLARK GERALD SULLIVAN
March 26, 2019
9:41 a.m.

        Deposition of CLARK GERALD SULLIVAN,
taken by Defendant Magellan Midstream Partners,
L.P., pursuant to Subpoena, at the offices of
Golenbock Eiseman Assor Bell & Peskoe LLP, 711
Third Avenue, New York, New York, before Brandon
Rainoff, a Federal Certified Realtime Reporter
and Notary Public of the State of New York.

## Page 94

```
11:50:46  1          (Pause)
11:50:56  2      A.  I don't know.  I could have -- I could
11:50:59  3   have -- you know, you do a lot of things out of
11:51:02  4   an abundance of caution.
11:51:04  5      Q.  So when you said you rephrased things,
11:51:08  6   do you remember what you rephrased?
11:51:11  7      A.  Well, I mean, we could run a redline
11:51:13  8   and we can see.  I mean, the text is different.
11:51:18  9      Q.  You don't remember, like, generally
11:51:20 10   what was changed?
11:51:27 11      A.  Generally what was changed?  I don't
11:51:31 12   think that, in the grand scheme of things, that
11:51:35 13   much was changed at all.
11:51:38 14      Q.  And you don't remember generally what
11:51:39 15   you rephrased?
11:51:43 16      A.  No.  Like I said, I would need to run
11:51:45 17   a redline to see what was rephrased and how it
11:51:48 18   was rephrased.
11:51:48 19          (Pause)
11:52:01 20      Q.  Between the time that you were working
11:52:02 21   on the '302 patent and when you were working on
11:52:06 22   the '671 patent, did you learn of any systems in
11:52:11 23   use in which butane was blended into gasoline in
11:52:15 24   a pipeline?
11:52:17 25      A.  I don't remember.
```

## Page 95

```
11:52:22  1      Q.  Do you currently know of any systems
11:52:24  2   in use in which butane is blended into gasoline
11:52:29  3   in a pipeline?
11:52:32  4      A.  Well, so let me back up, clarify the
11:52:36  5   previous answer.
11:52:37  6          I mean, I did know that it was --
11:52:39  7   butane was being blended into pipelines.  It was
11:52:43  8   in the background of the '302 patent.
11:52:51  9      Q.  When you say "pipelines," do you mean
11:52:56 10   like the pipeline that comes out of a refinery
11:53:01 11   and goes up the eastern seaboard, for example?
11:53:05 12      A.  I can only tell you what the '302
11:53:07 13   patent says.  I don't have any recollection
11:53:11 14   beyond that at the time that the '302 patent was
11:53:15 15   filed -- or application was filed.
11:53:16 16      Q.  What about at the time of the '671
11:53:18 17   patent?
11:53:18 18          Did you learn any new information
11:53:22 19   about blending butane into gasoline in a
11:53:24 20   pipeline?
11:53:29 21      A.  Before I filed this, had I learned
11:53:30 22   anything new?  One thing that I had learned was
11:53:40 23   the sulfur blending and the need to monitor
11:53:45 24   sulphur content in the butane stream.  That was
11:53:51 25   something that I had learned about.
```

## Page 96

```
11:53:53  1      Q.  Anything else new you learned during
11:53:56  2   this period of time with respect to blending
11:53:58  3   butane into gasoline in a pipeline?
11:54:00  4          (Pause)
11:54:17  5      A.  Only that Texon's business was
11:54:19  6   progressing.
11:54:22  7      Q.  Were you aware of any systems owned or
11:54:24  8   operated by Magellan during this time period of
11:54:29  9   prosecuting the '671 patent?
11:54:31 10          (Pause)
11:54:44 11      A.  I don't know.
11:54:44 12          (Pause)
11:54:44 13          MS. FIORELLA:  I would now like to
11:55:06 14   mark as Sullivan Exhibit No. 5 U.S. Patent No.
11:55:13 15   9,494,948 bearing the Bates Nos. SUN_MAG_0002021
11:55:23 16   ending 2037.
11:55:27 17          (Exhibit Sullivan 5, Document Bates
11:55:27 18   stamped SUN_MAG_0002021 through 2037, multipage
11:55:27 19   document entitled: United States Patent No.: US
11:55:27 20   9,494,948 B2, dated November 15, 2016, marked
11:55:27 21   for identification)
11:55:51 22   BY MS. FIORELLA:
11:55:52 23      Q.  Mr. Sullivan, do you recognize this
11:55:54 24   document?
11:56:05 25      A.  Yes.
```

## Page 97

```
11:56:05  1      Q.  What is it?
11:56:07  2      A.  It's a patent that I secured for
11:56:10  3   Sunoco.
11:56:12  4      Q.  Is this the '948 patent?
11:56:16  5      A.  This is -- yeah, we can call it "the
11:56:18  6   '948 patent."
11:56:19  7      Q.  And it was filed September 16, 2015?
11:56:24  8      A.  The application for the '948 patent
11:56:27  9   was filed on September 16, 2015, correct.
11:56:30 10      Q.  Were you involved in drafting the
11:56:32 11   specification for the '948 patent?
11:56:50 12      A.  Yes.
11:56:50 13      Q.  Were you involved in drafting the
11:56:52 14   claims for the '948 patent?
11:56:54 15      A.  Yes.
11:56:56 16      Q.  I'm just going to reference the
11:56:57 17   application number here because we may refer to
11:57:00 18   it.  It's 14/856,099.
11:57:05 19          Is that right?
11:57:11 20      A.  The application is 14/856,099, yes.
11:57:15 21      Q.  Is it okay if I refer to that as "the
11:57:16 22   '099 application"?
11:57:19 23      A.  Okay.
11:57:20 24      Q.  And then the '948 patent was -- we
11:57:23 25   said was filed September 16, 2015.
```

### Page 98

```
11:57:26  1            Is that right?
11:57:27  2       A.   The application for that patent was
11:57:29  3  filed on that date, correct.
11:57:30  4       Q.   Then the patent itself issued on
11:57:33  5  November 15, 2016?
11:57:35  6       A.   Correct.
11:57:44  7            MS. FIORELLA:  I would now like to
11:57:46  8  mark as Sullivan Exhibit 6 a document bearing
11:57:50  9  the Bates SUN_MAG_0001644.
11:58:04 10            (Exhibit Sullivan 6, Document Bates
11:58:04 11  stamped SUN_MAG_0001644, single-page document
11:58:04 12  entitled: Decision Granting Request for
11:58:04 13  Prioritized Examination (Track I or After RCE),
11:58:04 14  dated September 16, 2015, marked for
11:58:04 15  identification)
11:58:18 16  BY MS. FIORELLA:
11:58:24 17       Q.   Do you recognize this document, Mr.
11:58:26 18  Sullivan?
11:58:33 19       A.   No.  I mean, I know what it is.  But
11:58:36 20  to I remember seeing it?  No.
11:58:39 21       Q.   What is it?
11:58:40 22       A.   It's a decision granting a request for
11:58:43 23  prioritized examination.
11:58:46 24       Q.   This references application No.
11:58:49 25  14/856,099.
```

### Page 99

```
11:58:50  1            Is that right?
11:58:51  2       A.   Correct.
11:58:52  3       Q.   That is the application that led to
11:58:53  4  the '948 patent.
11:58:54  5            Is that right?
11:58:56  6       A.   The '948 patent, that's correct.
11:58:58  7       Q.   You said that this was a decision
11:59:00  8  granting a request for prioritized examination?
11:59:03  9       A.   Yes.
11:59:04 10       Q.   What is prioritized examination?
11:59:11 11       A.   It's a procedure that the Patent
11:59:13 12  Office offers if you want your examination to
11:59:19 13  receive priority over other patent applications
11:59:22 14  at the Patent Office.
11:59:23 15       Q.   Is that also called a "Track I"?
11:59:26 16       A.   "Track I" is a term that's commonly
11:59:29 17  used, yes.
11:59:30 18       Q.   What are some reasons that one would
11:59:34 19  want to request this kind of prioritized
11:59:38 20  examination?
11:59:39 21            MR. KEVILLE:  Caution you not to
11:59:39 22  reveal any attorney-client privileges you may
11:59:42 23  have had.
11:59:42 24            She's asking a more general question,
11:59:46 25  but --
```

### Page 100

```
11:59:46  1       A.   Well, typically you want the patent
11:59:49  2  to -- at least receive an office action sooner
11:59:54  3  than you would otherwise.
11:59:56  4       Q.   Wouldn't you always want a sooner
11:59:59  5  resolution?
12:00:00  6       A.   Not necessarily.
12:00:02  7       Q.   So what are some situations in which
12:00:03  8  you would want a sooner resolution?
12:00:11  9       A.   Well, if you want -- I mean, you may
12:00:22 10  have a business need.  You may have a litigation
12:00:24 11  need.  There may be lots of different reasons
12:00:27 12  you would want to have that application resolved
12:00:33 13  sooner rather than later.
12:00:38 14       Q.   Did you petition for this request for
12:00:40 15  prioritized examination for the application that
12:00:42 16  led to the '948 patent?
12:00:47 17       A.   I don't see my name on it, but the
12:00:49 18  answer is probably:  Yes.
12:00:54 19       Q.   Would you say it's your standard
12:00:56 20  practice to request the prioritized examination
12:01:02 21  for the patents that you prosecute?
12:01:15 22       A.   I would say "standard" is not an
12:01:16 23  appropriate term.
12:01:18 24       Q.   What would you say?
12:01:20 25       A.   I would say I don't always do it, but
```

### Page 101

```
12:01:23  1  I have filed a number of them over the years.
12:01:26  2       Q.   Why did you request a prioritized
12:01:29  3  examination for the application that led to the
12:01:31  4  '948 patent?
12:01:33  5            MR. KEVILLE:  And if answering that
12:01:34  6  would cause you to reveal attorney-client
12:01:37  7  privileged communications, then I instruct you
12:01:39  8  not to answer.
12:01:40  9            THE WITNESS:  Yes, that would
12:01:43 10  absolutely require attorney-client
12:01:45 11  communications.
12:01:45 12            MS. FIORELLA:  Okay.  Let's now
12:01:53 13  mark -- one more question on that, Mr. Sullivan.
12:02:02 14  BY MS. FIORELLA:
12:02:02 15       Q.   Would you only request a prioritized
12:02:08 16  examination with authorization from your client?
12:02:16 17       A.   Yes.
12:02:20 18            MS. FIORELLA:  I would now like to
12:02:21 19  mark as Sullivan Exhibit 7 U.S. Patent No.
12:02:25 20  9,606,548 bearing the Bates Nos. SUN_MAG_0002544
12:02:34 21  ending in 2561.
12:02:36 22
12:02:36 23
12:02:36 24
12:02:36 25
```

### Page 102

```
12:02:36  1            (Exhibit Sullivan 7, Document Bates
12:02:36  2      stamped SUN_MAG_0002544 through 2561, multipage
12:02:36  3      document entitled: United States Patent No.: US
12:02:36  4      9,606,548 B2, dated March 28, 2017, marked for
12:02:36  5      identification)
12:02:59  6      BY MS. FIORELLA:
12:03:01  7      Q.    Do you recognize this document, Mr.
12:03:03  8      Sullivan?
12:03:03  9      A.    Yes.
12:03:04 10      Q.    What is this?
12:03:06 11      A.    This is a patent that I secured for
12:03:08 12      Sunoco.
12:03:09 13      Q.    Is it fair to call it "the '548
12:03:11 14      patent"?
12:03:13 15      A.    Yes.
12:03:13 16      Q.    Were you involved in prosecuting this
12:03:16 17      patent?
12:03:16 18      A.    Yes.
12:03:17 19      Q.    Were you involved in drafting the
12:03:18 20      specification for the patent?
12:03:20 21      A.    Yes.
12:03:20 22      Q.    Were you involved in drafting the
12:03:22 23      claims for the patent?
12:03:23 24      A.    Yes.
12:03:25 25      Q.    This application -- excuse me.
```

### Page 103

```
12:03:28  1            Let me start that again.
12:03:30  2            The application No. listed here on
12:03:34  3      2544 is 14/856,766.
12:03:38  4            Is that right?
12:03:39  5      A.    That's correct.
12:03:39  6      Q.    So that's the application that led to
12:03:41  7      the '548 patent?
12:03:43  8      A.    That's correct.
12:03:46  9      Q.    And that was filed September 17, 2015?
12:03:49 10      A.    Correct.
12:03:49 11      Q.    That's the day after, I believe, the
12:03:55 12      '948 patent was filed.
12:03:56 13            Is that right?
12:04:03 14      A.    Yes.
12:04:04 15            MS. FIORELLA:  Let's mark as Sullivan
12:04:11 16      Exhibit 8 a document bearing the Bates No.
12:04:13 17      SUN_MAG_0002150.
12:04:18 18            (Exhibit Sullivan 8, Document Bates
12:04:18 19      stamped SUN_MAG_0002150, single-page document
12:04:18 20      entitled: Decision Granting Request for
12:04:18 21      Prioritized Examination (Track I or After RCE),
12:04:18 22      dated September 17, 2015, marked for
12:04:18 23      identification)
12:04:32 24      BY MS. FIORELLA:
12:04:34 25      Q.    Mr. Sullivan, do you recognize what's
```

### Page 104

```
12:04:36  1      been marked as Sullivan Exhibit 8?
12:04:39  2      A.    I do.
12:04:40  3      Q.    What is this?
12:04:41  4      A.    This is another decision granting a
12:04:44  5      request for prioritized examination.
12:04:47  6      Q.    And the application number referenced
12:04:48  7      here is 14/856,766.
12:04:51  8            Is that right?
12:04:52  9      A.    That's correct.
12:04:52 10      Q.    And is that the application that led
12:04:54 11      to the '548 patent?
12:04:57 12      A.    Yes.
12:05:00 13      Q.    Did you request this prioritized
12:05:03 14      examination for the '548 patent?
12:05:08 15      A.    I believe so.
12:05:09 16            Again, my name -- I did not -- this is
12:05:12 17      not the actual request.  I'm not sure that I
12:05:15 18      filed the request, but I probably did.
12:05:22 19      Q.    This is the same type of request we
12:05:26 20      just went through with the '948 patent?
12:05:29 21      A.    It's the same request, a Track I
12:05:31 22      prioritized examination request.
12:05:44 23      Q.    Okay.
12:05:45 24            We are going to be kind of looking at
12:05:46 25      the '948 and '548 patents together, so it might
```

### Page 105

```
12:05:51  1      be helpful to have those both out.  And those
12:05:54  2      are Sullivan exhibit Nos. 5 and 7, I believe.
12:05:58  3      A.    Okay.
12:06:13  4      Q.    Let's start with the '948.
12:06:15  5            Can you tell me generally what the
12:06:24  6      '948 invention is?
12:06:27  7            MR. KEVILLE:  Object to form.
12:06:45  8      A.    Well, the invention is defined by the
12:06:47  9      claims.
12:06:47 10      Q.    Okay.
12:06:48 11      A.    And so, I mean, it's difficult to say
12:06:52 12      generally what the invention is.  I mean, the
12:06:57 13      patented invention is covered by the claims.
12:07:00 14      Now, there is a lot more that's disclosed in the
12:07:04 15      specification than what is actually covered by
12:07:07 16      the claims.
12:07:08 17      Q.    Got it.
12:07:08 18            So let's start with the title.  I am
12:07:10 19      on 2021.
12:07:14 20            Title is:  Versatile Systems for
12:07:16 21      Continuous In-line Blending of Butane and
12:07:18 22      Petroleum.
12:07:20 23            Do you see that?
12:07:20 24      A.    Yes.
12:07:20 25      Q.    What is in-line blending of butane and
```