CONFIDENTIAL                                                     Juror Number _____

NAME (Please print): _____

## CONFIDENTIAL JUROR QUESTIONNAIRE

Please complete the following questionnaire – it has been approved by the Court and will be filled out by each prospective juror. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward with trial as quickly as possible. Please answer the questions below honestly and completely, and provide your response in the enclosed envelope. This information will not be used for any other purpose except to select a jury.

If you need additional room for your answers, please use the Explanation Page, which is the last page of this questionnaire. Please remember to include the number of the question you are answering.

From this moment going forward, and until you are released from the jury selection process, you must not communicate about this case or your role as a prospective juror with anyone, including your family and friends. This is because the Court requires you to use only the information/evidence you receive in court to make your decisions and to be free from outside influences.

From this moment going forward, you must not read anything about the case or listen to any reports about the case, to the extent that there are any. In addition, do not do any research about the case, the parties, the attorneys, or the case issues by any means. Communication would include phone conversations, email, text messaging, "tweeting", blogging, website postings, internet chat rooms, or postings on any social networking websites such as Facebook, Twitter, LinkedIn, YouTube and/or Wikipedia.

It is very important that the answers be yours and yours alone. You must fill out this questionnaire by yourself and without consulting any other person. Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers. You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court. Thank you for your time and effort in completing this questionnaire.

Are you currently able to attend jury selection and serve as a juror?

☐ **YES**

☐ **NO (check all that apply):**

☐      I have a financial hardship which would make it impossible for me to attend jury selection or serve as a juror.

  Please explain. _____
  _____
  _____
  _____

☐      A medical condition would make it impossible for me to attend jury selection or serve as a juror because:

  ☐     I am currently ill and have tested positive for the Coronavirus
  ☐     I am currently ill and I am concerned that I may test positive for the Coronavirus
  ☐     I am caring for a family member or loved one who has tested positive for the Coronavirus
  ☐     I have a pre-existing medical condition
  ☐     I have a non-Coronavirus-related medical condition

**CONFIDENTIAL**                        **Juror Number** _____

Please explain. _____
_____
_____

☐  If there is any other reason why you cannot serve as a juror, please fully explain the circumstances:
_____
_____
_____

**CONFIDENTIAL**                                                                                      **Juror Number** _____

## PLEASE PRINT ALL ANSWERS LEGIBLY

**The information provided in your answers to this questionnaire will be held confidential and will only be used during jury selection in this case.**

**NAME:** _____  **AGE:** _____  **GENDER (M/F):** _____

| | | |
|---|---|---|
| **1a.** What is your current address?<br><br><br>**1b.** Years at current address:<br><br>**1c.** If you have lived at your current address for less than 2 years, what was your previous address?<br><br><br><br>**1d.** Do you currently own or rent? | **2a.** Highest grade or degree you completed in school:<br><br>**2b.** If college or higher, what college/university?<br><br>**2c.** Area(s) of study or degree:<br><br>**2d.** List any certifications and/or college/post-graduate degree(s) received: | **3a.** Have you served in the military?<br>❏ YES  ❏ NO<br><br>**3b.** If YES, which branch and for how long?<br><br>**3c.** Highest rank attained:<br><br>**3d.** Are you currently serving in the reserves or guard? |
| **4.** What is your current job status?<br><br>❏ Full-time  ❏ Part-time  ❏ Retired<br><br>❏ Homemaker  ❏ Unemployed<br><br>❏ Full-time student  ❏ Disabled<br><br>❏ Other (Specify) _____<br><br>If unemployed or retired, how long? _____ | **5a.** Your current employer [if retired or unemployed, your last employer]:<br><br>**5b.** What is/was your job title and duties:<br><br>**5c.** How long have you been/were you employed by your last/current employer?<br><br>**5d.** Do/did you supervise anyone?<br>❏ YES  ❏ NO<br><br>**5e.** If YES, please describe<br><br>**5f.** How many employees does your last/current employer have: _____ | **6a.** What is your current marital status? (Check all that apply)<br><br>❏ Single, never married:____ # of years<br>❏ Single, but previously married: ____ # of years single<br>❏ Living with significant other:____ # of years<br>❏ Currently married: ____ # of years<br>❏ Divorced: ____ # of years<br>❏ Widowed/widower: ____ # of years<br><br>**6b.** Your spouse/partner/ex-spouse's current employer [if retired or unemployed, spouse/partner/ex-spouse's last employer?] |

| | | |
|---|---|---|
| **7.** With which social, civic, professional, trade or other organizations are you affiliated? | **8a.** Have you, your significant other, or a family member ever owned a business?<br>❏ YES  ❏ NO<br><br>**8b.** If YES, who and what kind of business?<br><br>**8c.** If YES, how many employees?<br><br>**8d.** Was the business successful?<br><br>**8e.** Is the business still open?<br>· YES  · NO  If NO, why was the business sold or closed? | **9a.** Have you or anyone close to you ever worked at a job involving gasoline transportation or distribution or at an oil refinery?<br><br>❏ YES  ❏ NO<br><br>**9b.** If YES, please describe: |
| **10a.** Have you ever studied the following:<br><br>Chemical Engineering<br>❏ YES  ❏ NO<br><br>Economics<br>❏ YES  ❏ NO<br><br>Supply / Logistics for Manufacturing<br>❏ YES  ❏ NO<br><br>**10b.** If you checked YES for either of the above, what was the highest level you studied at in the following areas:<br><br>Chemical Engineering   Economics<br>❏ High School          ❏ High School<br>❏ College/Univ.        ❏ College/Univ.<br>❏ Postgraduate       ❏ Postgraduate<br><br>Supply / Logistics for Manufacturing<br>· High School<br>· College/Univ.<br>· Postgraduate | **11a.** Have you received any training, experience, or specialized knowledge in any of the following: (check all that apply)<br><br>❏ Business/Finance/Economics<br>❏ Chemical Engineering<br>❏ Economics<br>❏ Intellectual Property/Patents/Licensing<br>❏ Law/Legal System<br>❏ Engineering<br>❏ Gasoline Distribution<br>❏ Supply/Logistics for Manufacturing<br><br>**11b.** If you checked any of the above, please describe your training and/or experience: | **12.** Have you had any other special training or have you developed special skills that you use at home or at work?<br>❏ YES  ❏ NO<br><br>If yes, please explain: |
| **13a.** Is English your first language?<br>❏ YES  ❏ NO<br><br>**13b.** Is English what you primarily speak for your day-to-day activities?<br>❏ YES  ❏ NO<br><br>**13c.** How comfortable are you with understanding scientific and/or technical information?<br>❏  Very comfortable<br>❏  Somewhat comfortable<br>❏  Not too comfortable<br>❏  Not at all comfortable<br><br>**Please explain your answer:** | **14a.** Have you or has anyone you know ever invented or designed anything?<br>❏ YES  ❏ NO<br><br>If YES, who?:<br><br>**14b.** Was a patent applied for?<br>❏ YES, GRANTED  ❏ YES, BUT NOT GRANTED  ❏ NO<br><br>**14c.** Please describe what was patented, invented, or designed? | **15a.** Have you or, to your knowledge, has your employer ever sued or been sued for alleged patent infringement?<br>❏ YES  ❏ NO<br><br>**15b.** If YES, please explain: |

**CONFIDENTIAL**                                                                                                         **Juror Number** _____

| | | |
|---|---|---|
| **16a.** What are your feelings or opinions about patents or the patent system?<br><br><br><br><br><br>**16b.** Have you ever heard of one company claiming that another company infringes its patent?<br>❏ YES  ❏ NO | **17a.** Have you or anyone close to you ever worked for, had business dealings with, or owned stock in any of the following companies?<br>**a.**     Sunoco<br>          ❏ YES  ❏ NO<br>**b.**     Energy Transfer Partners<br>          · YES  · NO<br>**c.**     Magellan Midstream Partners<br>          ❏ YES  ❏ NO<br>**d.**     Colonial Pipeline<br>          ❏ YES  ❏ NO<br>**17b.** If you answered YES to any of the above, please explain: | **18a.** Have you ever served as either a deliberating juror or an alternate juror in any of the following (check all that apply):<br>❏ Criminal case    ❏ Grand Jury<br>❏ Civil case          ❏ Never served<br><br>**18b.** If for a civil case, what kind of civil case?<br><br>**18c.** What was the case about?<br><br>**18d.** Were you the foreperson?<br>❏ YES ❏ NO<br><br>**18e**. Did you reach a verdict?<br>❏ YES ❏ NO<br>If YES, what verdict did the jury reach? |
| **19a.** Have you, or has anyone close to you, ever been a fact or expert witness in a court proceeding?<br>❏ YES  ❏ NO<br><br>**19b.**  If YES, please provide a brief description of the case: | **20a.** Have you or anyone close to you ever been a plaintiff or defendant in any legal proceeding (other than a divorce)?<br>❏ No; never<br>❏ Yes; once<br>❏ Yes; more than once<br><br>**20b.**  If you answered YES to either of the above, please provide a brief description of the case(s): | **21.** What websites, including social media, do you visit or use most often? |
| **22a.** Is there any reason why you could not serve as a completely fair and impartial juror in a patent case?<br>❏ YES  ❏ NO<br><br>**22b.** If YES, please explain: | **23a.** Is there anything else you feel the Court and the parties should know about you?<br><br>❏ YES  ❏ NO<br><br>**23b.**  If YES, please explain: | |

I hereby swear or affirm that the information contained in this juror questionnaire is true and correct:


Date _____          Juror Signature _____