IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>POWDER SPRINGS LOGISTICS, LLC and MAGELLAN MIDSTREAM PARTNERS, L.P.,<br><br>　　　　　　　　Defendants | C.A. No. 17-1390 (LPS-CJB) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the Court instructed the parties to meet and confer in order to submit a proposed briefing schedule regarding certain outstanding issues during the status hearing held on April 13, 2021;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following briefing schedule and page limits shall apply:

(1) For the willfulness issue, Defendants' opening brief (8 pages) shall be due on or before April 21, 2021 and Plaintiff's answering brief (8 pages) shall be due on or before April 28, 2021;

(2) For the pretrial disclosures issue, Plaintiff's opening brief (3 pages) shall be due on or before April 21, 2021 and Defendants' answering brief (3 pages) shall be due on or before April 28, 2021; and

(3) For the Dr. Ugone issue, Plaintiff's opening brief (5 pages) shall be due on or before April 21, 2021 and Defendants' answering brief (5 pages) shall be due on or before April 28, 2021.

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| /s/ *Megan C. Haney* | /s/ *Nitika Gupta Fiorella* |
| John C. Phillips, Jr. (No. 110)<br>Megan C. Haney (No. 5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Douglas E. McCann (No. 3852)<br>Martina Tyreus Hufnal (No. 4771)<br>Nitika Gupta Fiorella (#5898)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 658-5070<br>dmccann@fr.com<br>hufnal@fr.com<br>fiorella@fr.com |
| *Attorneys for Plaintiff Sunoco Partners Marketing & Terminals, L.P.* | *Attorneys for Defendant Magellan Midstream Partners, L.P.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith, II*

Rodger D. Smith, II (No. 3778)
1201 North Market St., 16th Floor
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Powder Springs Logistics, LLC*

Dated: April 16, 2021

SO ORDERED this ___ of _____, 2021.

_____
The Honorable Leonard P. Stark
Chief, United States District Judge