IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P.<br><br>Plaintiff,<br><br>v.<br><br>POWDER SPRINGS LOGISTICS, LLC and MAGELLAN MIDSTREAM PARTNERS, L.P.<br><br>Defendants | C.A. No. 17-1390 (LPS-CJB) |

## STIPULATION AND [PROPOSED] ORDER TO CONTINUE

WHEREAS Plaintiff Sunoco Partners Marketing & Terminals L.P. and Defendant Magellan Midstream Partners, L.P. on behalf of itself and with the agreement of its joint venture Defendant Powder Springs Logistics, LLC have executed a Negotiated Term Sheet for Settlement of Litigation memorializing the material terms of a settlement;

. IT IS THEREFORE HEREBY STIPULATED AND AGREED that all remaining deadlines, including for the pretrial conference (June 4, 2021 at 9 a.m.) and the trial (June 10, 2021-June 22, 2021) are CONTINUED to a date to be determined, if necessary.

The parties are directed to file a status report within 30 days if a stipulation of dismissal has not been filed.

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| /s/ *Megan C. Haney* | /s/ *Douglas E. McCann* |
| John C. Phillips, Jr. (No. 110)<br>Megan C. Haney (No. 5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Douglas E. McCann (No. 3852)<br>Martina Tyreus Hufnal (No. 4771)<br>Nitika Gupta Fiorella (#5898)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 658-5070<br>dmccann@fr.com<br>hufnal@fr.com<br>fiorella@fr.com |
| *Attorneys for Plaintiff Sunoco Partners Marketing & Terminals, L.P.* | *Attorneys for Defendant Magellan Midstream Partners, L.P.* |
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | /s/ *Rodger D. Smith, II* |
|  | Rodger D. Smith, II (No. 3778)<br>1201 North Market St., 16th Floor<br>Wilmington, DE 19801<br>(302) 658-9200<br>rsmith@mnat.com |
|  | *Attorneys for Defendant Powder Springs Logistics, LLC* |

Dated:  June 2, 2021

SO ORDERED this ___ of _____, 2021.

_____
The Honorable Leonard P. Stark
Chief, United States District Judge

2