IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P.,<br><br>Plaintiff,<br><br>v.<br><br>POWDER SPRINGS LOGISTICS, LLC and MAGELLAN MIDSTREAM PARTNERS, L.P.<br><br>Defendants. | C.A. No. 17-1390 (LPS-CJB)<br><br>▬▬▬▬▬▬▬▬<br><br>PUBLIC VERSION |

## DECLARATION OF NITIKA GUPTA FIORELLA
## IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS RENEWED
## MOTION TO ENFORCE THE SETTLEMENT TERM SHEET

I, Nitika Gupta Fiorella, declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Defendant Magellan Midstream Partners, L.P. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit I is a true and correct copy of email correspondence dated June 8, 2021 between Katie McNearney to Tim Carney.

3. Attached hereto as Exhibit J is a chart prepared for the Court's convenience comparing the provisions in the Term Sheet to the June 1st Settlement Agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of October, 2021 at Wilmington, DE.

*/s/ Nitika Gupta Fiorella*
Nitika Gupta Fiorella (#5898)

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2021, I electronically filed with the Clerk of the Court, UNDER SEAL, the foregoing document using CM/ECF, and sent <u>electronic</u> copies of such filing to the following counsel:

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, GOLDMAN, MCLAUGHLIN &<br>   HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>jcp@pgmhlaw.com;<br>mch@pgmhlaw.com | John Keville<br>Michelle Replogle<br>Richard McCarty<br>Michael Krill<br>WINSTON & STRAWN LLP<br>1111 Louisiana St., 25th Floor<br>Houston, TX 77002<br>jkeville@winston.com;<br>mreplogle@winston.com;<br>rmccarty@winston.com;<br>mkrill@winston.com |
| Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT &<br>   TUNNELL LLP<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899<br>rsmith@mnat.com | David S. Moreland<br>John W. Harbin<br>MEUNIER CARLIN & CURFMAN LLC<br>999 Peachtree St., N.E., Suite 1300<br>Atlanta, GA 30309<br>dmoreland@mcciplaw.com;<br>jharbin@mcciplaw.com |

                                                              */s/ Nitika Gupta Fiorella*
                                                              Nitika Gupta Fiorella (#5898)