IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUNOCO PARTNERS MARKETING &
TERMINALS L.P.

                 Plaintiff,

     v.

POWDER SPRINGS LOGISTICS, LLC and
MAGELLAN MIDSTREAM PARTNERS,
L.P.

               Defendants.

C.A. No. 17-1390 (LPS-CJB)

## **VERDICT FORM**

## I.   INFRINGEMENT

1.   Do you find that Sunoco has proven by a preponderance of the evidence that Magellan's **West Tulsa and Kansas City** systems literally infringed each and every element of any of the asserted claims of the '302 patent?

*YES is a finding in favor of Sunoco; NO is a finding in favor of Magellan.*

### '302 Patent Claims

| | | |
|---|---|---|
| Claim 3: | Yes (infringed) _✓_ | No (not infringed) _____ |
| Claim 16: | Yes (infringed) _✓_ | No (not infringed) _____ |
| Claim 17: | Yes (infringed) _✓_ | No (not infringed) _____ |

2.   If you answered "No" for any claim(s) in Question 1, do you find that Sunoco has proven by a preponderance of the evidence that Magellan's **West Tulsa and Kansas City** systems infringe that claim under the doctrine of equivalents? *Only answer for the claims with a "No" in Question 1.*

*YES is a finding in favor of Sunoco; NO is a finding in favor of Magellan.*

### '302 Patent Claims

| | | |
|---|---|---|
| Claim 3: | Yes (infringed) _____ | No (not infringed) _____ |
| Claim 16: | Yes (infringed) _____ | No (not infringed) _____ |
| Claim 17: | Yes (infringed) _____ | No (not infringed) _____ |

3.    Do you find that Sunoco has proven by a preponderance of the evidence that Magellan's **OKC-Reno, Chattanooga II, West Tulsa, East Houston, Kansas City, Greensboro II, Carthage,** and **Dupont** systems literally infringed each and every element of any of the asserted claims of the '629 patent?

*YES is a finding in favor of Sunoco; NO is a finding in favor of Magellan.*

**'629 Patent Claims**

| | | |
|---|---|---|
| Claim 18: | Yes (infringed) ✓ | No (not infringed) _____ |
| Claim 22: | Yes (infringed) ✓ | No (not infringed) _____ |
| Claim 31: | Yes (infringed) ✓ | No (not infringed) _____ |
| Claim 32: | Yes (infringed) ✓ | No (not infringed) _____ |

4.    If you answered "No" for any claim(s) in Question 3, do you find that Sunoco has proven by a preponderance of the evidence that Magellan's **OKC-Reno, Chattanooga II, West Tulsa, East Houston, Kansas City, Greensboro II, Carthage,** and **Dupont** systems infringe that claim under the doctrine of equivalents? *Only answer for the claims with a "No" in Question 3.*

*YES is a finding in favor of Sunoco; NO is a finding in favor of Magellan.*

**'629 Patent Claims**

| | | |
|---|---|---|
| Claim 18: | Yes (infringed) _____ | No (not infringed) _____ |
| Claim 22: | Yes (infringed) _____ | No (not infringed) _____ |
| Claim 31: | Yes (infringed) _____ | No (not infringed) _____ |
| Claim 32: | Yes (infringed) _____ | No (not infringed) _____ |

5.      Do you find that Sunoco has proven by a preponderance of the evidence that Magellan's **OKC-Reno, Chattanooga II, West Tulsa, East Houston, Kansas City, Greensboro II, Carthage,** and **Dupont** systems and the **Powder Springs** system literally infringed each and every element of claim 3 of the '686 patent?

*YES is a finding in favor of Sunoco; NO is a finding in favor of Defendants.*

Yes (infringed) __✓__          No (not infringed) _____

6.      If you answered "No" to Question 5, do you find that Sunoco has proven by a preponderance of the evidence that Magellan's **OKC-Reno, Chattanooga II, West Tulsa, East Houston, Kansas City, Greensboro II, Carthage**, and **Dupont** systems and the **Powder Springs** system infringe claim 3 of the '686 patent under the doctrine of equivalents?

*YES is a finding in favor of Sunoco; NO is a finding in favor of Defendants.*

Yes (infringed) _____          No (not infringed) _____

4

## II.      WILLFUL INFRINGEMENT

*If you found in Questions 1-6 above that any asserted patent claim was infringed by Defendants, please answer the following questions. Only answer for any patents for which you have found at least one claim to have been infringed.  Otherwise, please go to Question 9.*

7.      Has Plaintiff Sunoco proven by a preponderance of the evidence that Defendant Magellan's infringement of any of the asserted patents listed below was willful?

'302 patent:    Yes (willful) __✓__     No (not willful) _____
'629 patent:    Yes (willful) __✓__     No (not willful) _____
'686 patent:    Yes (willful) __✓__     No (not willful) _____

8.      Has Plaintiff Sunoco proven by a preponderance of the evidence that Defendant Powder Springs' infringement of any of the asserted patents listed below was willful?

'686 patent:    Yes (willful) __✓__     No (not willful) _____

5

III.   **INVALIDITY**

   A.   **Prior Art**

   9.   Have Defendants proven by clear and convincing evidence that any of the systems

listed below are prior art to the asserted patents?

| System | Prior Art to Asserted Patents? |
|---|---|
| TransMontaigne System | Yes ☐   No ☑ |
| Williams Des Moines System | Yes ☐   No ☑ |
| Williams Carthage System | Yes ☐   No ☑ |
| Williams Kansas City System | Yes ☐   No ☑ |
| Williams West Tulsa System | Yes ☐   No ☑ |
| Williams Allen System | Yes ☐   No ☑ |
| Williams OKC-Reno System | Yes ☐   No ☑ |

**B.** **Obviousness**

10.    Have Defendants proven by clear and convincing evidence that any of the asserted patent claims listed below are invalid because the claimed invention would have been obvious at the time of the invention over the prior art?

*YES is a finding in favor of Defendants; NO is a finding in favor of Sunoco.*

| Patent Claims | Invalid as Obvious? |
|---|---|
| '302 patent, claim 3 | Yes ☐    No ☑ |
| '302 patent, claim 16 | Yes ☐    No ☑ |
| '302 patent, claim 17 | Yes ☐    No ☑ |
| '629 patent, claim 18 | Yes ☐    No ☑ |
| '629 patent, claim 22 | Yes ☐    No ☑ |
| '629 patent, claim 31 | Yes ☐    No ☑ |
| '629 patent, claim 32 | Yes ☐    No ☑ |
| '686 patent, claim 3 | Yes ☐    No ☑ |

**C.**     **Written Description**

11.     Have Defendants proven by clear and convincing evidence that any of the following claims are invalid as unsupported by the written description?

*YES is a finding in favor of Defendants; NO is a finding in favor of Sunoco.*

**'302 Patent Claims**

| | | |
|---|---|---|
| Claim 16: | Yes _____ | No ✓ |
| Claim 17: | Yes _____ | No ✓ |

**'629 Patent Claims**

| | | |
|---|---|---|
| Claim 18: | Yes _____ | No ✓ |
| Claim 22: | Yes _____ | No ✓ |
| Claim 31: | Yes _____ | No ✓ |
| Claim 32: | Yes _____ | No ✓ |

**'686 Patent Claims**

| | | |
|---|---|---|
| Claim 3: | Yes _____ | No ✓ |

## IV.   CONCLUSION

You have reached the end of the verdict form. Please review the entire form to ensure that it is complete and that the answers accurately reflect your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date:  **12/3/2021**

_____
Foreperson