IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P.<br><br>Plaintiff,<br><br>v.<br><br>POWDER SPRINGS LOGISTICS, LLC and MAGELLAN MIDSTREAM PARTNERS, L.P.<br><br>Defendants. | C.A. No. 17-1390 (LPS-CJB) |

**<u>VERDICT FORM</u>**

**DAMAGES PHASE**

1

I. **DAMAGES**

A. **Defendant Magellan**

1. What sum of money do you find Plaintiff Sunoco has proven by a preponderance of the evidence would fairly and reasonably compensate it for the infringement by Defendant Magellan's Chattanooga II, West Tulsa, OKC-Reno, Houston, Kansas City, Greensboro II, Carthage, and Dupont systems?

$ 9,364,242.32

B. **Defendants Magellan and Powder Springs**

2. What sum of money do you find Plaintiff Sunoco has proven by a preponderance of the evidence would fairly and reasonably compensate it for the infringement by Defendant Magellan and Defendant Powder Springs' Powder Springs system?

$ 2,836,716.12

## II. CONCLUSION

You have reached the end of the verdict form. Please review the entire form to ensure that it is complete and that the answers accurately reflect your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date: 12/6/2021



Foreperson