IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P., <br><br> Plaintiff, <br><br> v. <br><br> POWDER SPRINGS LOGISTICS, LLC, AND MAGELLAN MIDSTREAM PARTNERS, L.P., <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 17-1390-RGA |

**JUDGMENT ON THE JURY VERDICT**

This __15__ day of December 2021, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment of infringement is entered for Plaintiff Sunoco Partners Marketing & Terminals L.P. and against Defendants Powder Springs Logistics, LLC and Magellan Midstream Partners, L.P. on Count III of the Second Amended Complaint, with respect to claim 3 of U.S. Patent No. 9,207,686, in the amount of $2,836,716.12, and Defendants Powder Springs Logistics, LLC and Magellan Midstream Partners, L.P. were further found to willfully infringe claim 3 of U.S. Patent No. 9,207,686. (D.I. 149.)

Judgment of infringement is entered for Plaintiff Sunoco Partners Marketing & Terminals L.P. and against Defendant Magellan Midstream Partners, L.P. on Count IV of the Second Amended Complaint, with respect to claims 3, 16, and 17 of U.S. Patent No. 6,679,302, and Count V of the Second Amended Complaint, with respect to claims 18, 22, 31, and 32 of U.S. Patent No. 7,032,629, in the amount of $9,364,242.32, and Defendants Powder Springs Logistics, LLC and Magellan Midstream Partners, L.P. were further found to willfully infringe claims 3, 16, and 17 of U.S. Patent

No. 6,679,302 and claims 18, 22, 31, and 32 of U.S. Patent No. 7,032,629. (D.I. 149.)

Judgment is further entered for Plaintiff Sunoco Partners Marketing & Terminals L.P. and against Defendant Magellan Midstream Partners, L.P. on Counterclaims III (noninfringement) and VIII (invalidity) of Defendant Magellan Midstream Partners. L.P.'s Answer and Counterclaims to Plaintiff's Second Amended Complaint ("Magellan's Answer and Counterclaims"), with respect to claim 3 of U.S. Patent No. 9,207,686; Counterclaims IV (noninfringement) and IX (invalidity) of Magellan's Answer and Counterclaims, with respect to claims 3, 16, and 17 of U.S. Patent No. 6,679,302; and Counterclaims V (noninfringement) and X (invalidity) of Magellan's Answer and Counterclaims, with respect to claims 18, 22, 31, and 32 of U.S. Patent No. 7,032,629. (D.I. 271.)

Judgment is further entered for Plaintiff Sunoco Partners Marketing & Terminals L.P. and against Defendant Powder Springs Logistics, LLC on Counterclaims III (noninfringement) and VII (invalidity) of Defendant Powder Springs Logistics, LLC's Answer and Counterclaims to Plaintiff's Second Amended Complaint ("Powder Springs Logistics' Answer and Counterclaims"), with respect to claim 3 of U.S. Patent No. 9,207,686 and Counterclaim VIII (invalidity) of Powder Springs Logistics' Answer and Counterclaims, with respect to claims 3, 16, and 17 of U.S. Patent No. 6,679,302. (D.I. 280.)

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE