# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P., | § § § § § § § § § § § § § § | Civil Action No. 17-1390-RGA |
| Plaintiff, | | |
| v. | | JURY TRIAL REQUESTED |
| POWDER SPRINGS LOGISTICS, LLC, AND MAGELLAN MIDSTREAM PARTNERS, L.P., | | |
| Defendants. | | |

**[PROPOSED] MONTHLY VERIFICATION FOR PERMANENT INJUNCTION**

I, _____, declare as follows:

    1.    I am _____(title) for Powder Springs Logistics, LLC ("Powder Springs"). As a member of Powder Springs' Operations department, I am familiar with the butane blending procedures used at Powder Springs.

[REQUIREMENTS FOR THE FIRST VERIFICATION, OR ANY VERIFICATIONS FOLLOWING ADDITIONAL PROCEDURAL CHANGES:]

    2.    Attached to this first monthly Verification is a copy of the current Management of Change ("MOC") form with required closeout signatures for System Blending for Powder Springs' site-specific butane-blending procedures, which incorporate temporary (December 16, 2021 to April 6, 2022) non-automated blending procedures.

    3.    Attached to this first monthly Verification is a copy of Powder Springs' currently-approved (in accordance with the current MOC form) Temporary Non-Automated Blending procedures.

4. Attached to this first monthly Verification is a copy of Powder Springs' training on its Temporary Non-Automated Blending procedures, along with a copy of the verification of understanding by Powder Springs' butane blending operators.

5. Attached to this first monthly Verification is a screen shot of the updated Human Machine Interface (HMI) reflecting how operators at Powder Springs manually enter the calculated desired blend percentages required by Powder Springs' Temporary Non-Automated Blending procedures.

[REQUIREMENTS FOR EACH VERIFICATION:]

6. Attached to this monthly Verification is a copy of the event log (from QMS) with time and date stamps and descriptions from Powder Springs' butane blending system showing the manual entry of calculated desired blend percentages required by Powder Springs' Temporary Non-Automated Blending procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 202\_.

_____
Signature

_____
Name (Printed)