IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNOCO PARTNERS MARKETING & TERMINALS L.P.,<br><br>      Plaintiff,<br><br>    v.<br><br>POWDER SPRINGS LOGISTICS, LLC, and MAGELLAN MIDSTREAM PARTNERS, L.P.,<br><br>      Defendants. | Civil Action No. 17-1390-RGA |

ORDER

WHEREAS the Court has found that Defendants Powder Springs Logistics, LLC and Magellan Midstream Partners, L.P.'s ("Defendants") Powder Springs system at Atlanta Junction has infringed claim 3 of U.S. Patent No. 9,207,686 (the "'686 Patent");

WHEREAS Defendants have already ceased their infringement of the '686 Patent by switching the Powder Springs system to manual blending;

NOW THEREFORE, having considered the entire record in this action, the verdict of the jury, relevant orders of the Court, and the papers submitted by the parties;

I.      **PROHIBITED ACTIVITIES – '686 PATENT**

IT IS HEREBY ORDERED that Defendants, and any of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any or all of them, are hereby permanently enjoined from infringing claim 3 of the '686 Patent from the Effective Date (which is two days from the date of this signed Order) until the '686 Patent expires on April 5, 2022: by using the Powder Springs automated system at Atlanta Junction that infringes claim 3 of the '686 Patent, and by making or using any butane blending system that is

no more than colorably different from the Powder Springs automated system that enables the injection of butane into gasoline as the gasoline passes through the Colonial Pipeline.

## II.   CONTINUING JURISDICTION

The Court specifically retains jurisdiction to enforce, modify, extend, or terminate this Order as the equities may require, upon a proper showing, and to adopt procedures for resolution of any dispute regarding whether a product not specifically covered by this Order is more than colorably different from the adjudged infringing products.

Entered this 14th day of January, 2022.

 /s/ Richard G. Andrews  
United States District Judge